Charles E. CANNON, Petitioner,

v.

STATE of Florida, Respondent.

No. 1D15–5603.

District Court of Appeal of Florida,
First District.

Dec. 28, 2015.

Rehearing Denied Feb. 10, 2016.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, LEWIS, and KELSEY, JJ., concur.